Jerome L. Grimes
263 Vernon Street
San Francisco, CA. 94132
Futuristic Safety First,
"Children Safety And Welfare Program"
Home Based Business Office
(415) 584-1454(H.)   (415) 624-5892(Bus.)

United States District Court
For The Northern District Of California

FILED
JAN 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case#: SF355.121A
Jerome L. Grimes
Jail I.D. #: 246721
300 Bradford Street
Redwood City, CA. 9403
Jail #: 576413

CV 08 0162 CW (PR)

Jerome L. Grimes,
  Plaintiff,
v.
1. Robert Schreader, (Amtrak/CalTrain Employee)
2. CalTrain, Corp.,
3. Belmont Police Officer, Perchal #:___, (1930's Green County, Milwaukee, Wisconsin) (AKA: Officer, Wallace #:___) (AKA: Officer, Headman) (AKA: Officer, Zentner) (AKA: Officer, Dahmer) (1970's white decent)
4. Belmont Police Officer, (John Doe) #:___, (1970's Salt of Team) (AKA: O'Toole)
5. Belmont Police Officer, Zeno #:___,
6. Belmont Police Officer, Lotti #:___,
7. Belmont Police Officer, Deh R___ #:___, (288 Million Plex, Guilty)
  Defendants:

Civil Complaint No.
"March 02, 2006, Terror"
"Conspiracy"
"Penal Code 132 - Committed By A State Actor"
"Suppression Of Video Surveillance"
"Penal Code 134 - Committed By A State Actor"
"Penal Code 811 Committed By A State Actor"
"Covert Kidnapping Hijacking Post-09/11 (09/11/01) Terror"
"Invasion Of Privacy"
"Racial Discrimination"
"Oklahoma City Bomber"
"1970's Jonestown - Child Molestators"
"Mass Murderers"
"Watts Riots Cattle Car Terror"

(Lie Detector Test, Defendants Low Grade I.Q. Terror?) ("Remote Controlled Automobile Oil Slick?) (Planted Princess Diana.)

I. Jurisdiction

This civil complaint is made under the jurisdiction of, "Conspiracy, Penal Code 132, Penal Code 132 By A State Actor, Penal Code 134, Penal Code 134 By A State Actor," "Suppression Of Onboard CalTrain #54-Video Surveillance Security Tape/CD-Rom, December 26, 2007, Approximately: 14:38 hours, At The, Belmont, CA. CalTrain Station, San Jose Bound",

(2)

[Left margin, vertical:] "Lie Detector Test, Defendants" "Lisa Lopes Eye to Eye" And — "Automobile Brakes Against Lisa Lopes 26/27 "Eye to Eye"" "Remote Controlled Automobile Gravel Terror Against — Honduras — Planted Gravel Terror"

"March 02, 2006, Premeditated Broken Jaw(Bar) Terror 664/187PC" "Invasion of Privacy Since 1995 With Terror Intent-Illegal Chip Terror Tele-Tooth, Imp, Etc." (Lie Detector Test, Them.)

"Copyrights Infringements", "Penal Code 811, Perjury," "Penal Code 811 Committed By A State Actor", "Covert Hijacking / Covert Kidnapping Post-09/11/01 Terror — Post-03/11/04 Terror", "Racial Discrimination", "Oklahoma City Bombers", "1970's Jonestown Child-Molester Mass Murderers", "1990 Watts Riot 10,000 Missing — Train Cattle Car Terror", "Child Abduction And Concealment Of My Children During Births (Multiple Newbors)", "Attempt Of Murder Fences, Against, Me, March 02, 2006, Terror", "Inheritances Thefts Bank Robberies Against My Father And Families", "Frame-Up Of Penal Code 422 Felony Terrorist Threats A Strikable Offense", "Covert Terrorism On Public Mass Transportation Cal Train #54, March 26, 2007, San Francisco-To-San Jose Bound Direction In Northern California" "Mass Criminal Impersonation Fences Against My Families Motive Theft Of Oil Royalties And Mineral Proceeds (Land) Antioch Field, Homer

[Right column:] "Copyright Infringement" "Child Abduction — Of My Children — While Newborns", "Inheritance Thefts — Bank Robberies Against My Father And Families", "Murders", "Terrorist Threat Frame Up", And, "Covert Terrorism On Public Train Mass Transit Cal Train System In Northern — California", And "Criminal Impersonation Fences Against My Families Motive Antioch Field In Homer, Louisiana Claiborne Parish".

(3)

*[margin note, vertical: "Tire Blowout Terror" "Remote Controlled Automobile Against Enis Cosby." — USA]*

Louisiana, Claibourn Parish / Almer Washington Est "1996 Murder Of James Jordan"), " Conspired-Premeditated Murder Of, Victim, James Jordan" "Falsifying: Belmont Police Incident Reports").

II. Plaintiff

The plaintiff resides in, Northern Californi at, 263 Vernon Street, San Francisco, California 94132, since, Birth, in, 1966, and this place of residence is, His, HOME BASED BUSINESS OFFICE of, Futuristic Safety First, "Children Safety And-Welfare Program", since, February, 1999, and, HOME BASED BUSINESS OFFICE, of, His, other, Sole-Proprietorship Business, "Too Sweet To Beat These Video Productions", since, March 1994.

III. Defendant

Defendant #1, Robert Schreader, resides in, Northern California, and is employed by, CalTrain (Amtrak), Corporation, doing business in: Northern California, identified as, (Liable) Defendant #2.

Defendants #3 - #7, resides in, Northern California, and are, State Actors, Employed as, Law Enforcement Officers, in the, State of California, City of Belmont, County of San Mate

④

## IV. Causes of Action

On, December 26, 2007, the day after, Christmas, and, (6) Six, Days, before, New Years Day - 2008, the, Defendant #1, Robert Schreader, willfully, deliberately, intentionally, with aforethought, Conspired, a plan to try to, Entrap, the, Plaintiff, Jerome L. Grimes, into a, Criminal Act, which was unsuccessful. See: Civil Complaint Number: C05-3622 CW. See: December 26, 2007, Cal Train #54, Southbound, Approximately: 1438 Hours (02:38 P.M.), at the, (Zone 2) Belmont, California, Cal Train (Amtrak) Station, San Mateo County, VIDEO SURVEILLANCE SECURITY TAPES (CD-ROMs), Onboard, Interior, 2nd Train Car, Approximate, Video Footages.

The, Defendant #1, Robert Schreader, first: took the, PAID, Zone 2, VALID, Train Ticket, Purchased By: Plaintiff, Jerome L. Grimes, and told, Him, to get off the, Cal Train #54, at, Zone 2, Belmont, California, Train Station, an act that, would cause any, Law Abiding Citizen Cal Train Passenger, to be "alarmed", when the passenger has a schedule to adhere to, but the plaintiff, did, NOT, get upset. (See: Cal Train #54, Video Surveillance Security Tapes (CD-Roms), 1438 Hours, December 26, 200?

<u>Second</u>: the, Defendant #1, Robert Schreader, Refused The Plaintiff's Repeated Pleas, to have, His, <u>VALID</u>, Purchased, <u>Zone 2</u>, Cal Train Passenger Ticket, returned to, Him, for the, Next Cal Train, At: <u>1538 Hours, Belmount, California, Train Station,</u> Yet, the deliberate indifferent defendant refuse This, Refusal, would also induce and entrap any, Law Abidding Cal Train Passenger, Citizen, OR, Tourist, to become alarmed, but the passenger, Plaintiff, Jerome L. Grimes, did, NOT, get upset or threatening. (<u>See</u>: Cal Train #54, Video Surveillance Security Tapes (CD-Roms), 1438 Hours (02:38 P.M.) Dec. 26, 200

<u>Third</u>: the, Defendant #1, Robert Schreader, Refused The plaintiff's Repeated Pleas, for, His, (defendant's), Cal Train (Amtrak) Employee Identification Number, and/or, the, Cal Train, Identification Number, which too, Refusal, was a, Blatant Covert Terror Intent, to, Induce, and, Entrap, the plaintiff to react in an, Upset manner, 1920's Psychological Jonestown Mind Control Attempt, but that too was, Unsuccessful, against the, Plaintiff, Jerome L. Grimes. (<u>See</u>: Cal Train #5 Interior, Onboard, Video Surveillance Security Tape (CD-Roms), <u>1438 Hours (02:38 P.M.), December 26, 2007, Belmont, California, Cal Train Station.</u>)

So, the, Defendant, Robert Schreader, told the plaintiff to get off of the train, and the, plaintiff, Jerome L. Grimes, Exited, the train through the, Front-Train/Cal Train Cars' Door, on, video surveillance Security Tape, to obtain at the, Front of The Cal Train Conductor's Department, which was then identified as: #:54, which, COINCIDENTALLY, is the last, (2) Two, Numbers of The Plaintiff's, Home Telepho. Number: (415) 584-1454 (!!.) (Highly Sophisticated Terror Communic Premeditation Evidence) (Lie Detector Test, Defendants.) Defendant, Robert Schreader, tried to, Intimidate, and, Dissuade, (Schraeder) (see: Cal Train Video) Ascertaining, that particular, plaintiff from, Identification Number, by, Calling The Cal Train Cars' Police/"by" Threatening To Call The Belmont [Co-Def's] the plaintiff walked to the, Front of The Police, before Cars To Get off The Train/(Exit), and, obtain #:54, as the, Identification Number, of that particular, Southbound, 1438 Hours/(02:38 P.M.), Cal Train, Belmont, California, Passenger Train. ✱ (AKA: Cal Train #:154) ✱

⑦ (SEE: Cal Train #54, Video Surveillance Security Tapes (CD-ROMs), 1438 Hours (02:38 P.M.), (12/26/07) December 26, 2007.)

The, Defendants #3, #4, #5, #6, and, #7, but Especially, Defendant #3, Belmont Police Officer Perchal #: ____ (AKA: Officer, Wallace #: ____), and, Defendant, #7, Belmont Police Officer, Del R____ #: ____ were, Deliberate Indifferent, and, Falsified Belmont Police Incident Report Number: ____ with the, Premeditated, Conspired, "Intent To Covertly Kidnap/Post-09/11/01-Hijack The Plaintiff, Jerome L. Grimes, For, New Years Eve/New Year Day, 2008, And, Beyond," which consists of, Physically moved, ⑤ Five Feet, Under, Force, Fear, And, Handcuffs, at a time these defendants knew that the plaintiff, was, Innocent, of any, Crime In Violation Of The State Of California Penal Codes, especially a crime of, Penal Code 422 "Threat Against, Defendant #1, Robert Schraeder's, Person, OR, Family", which was a, Willful, Malicious Frame-Up, Kidnap, and, Abuse Of Authority, while Deliberately, Trying/Attempting, To, Contaminate/ Poison/Viral, or, Bacillius Terrorize The Plaintiff WRIST CUTS (WOUNDS ON WRIST), at, Handcuffed Areas on wrist, on, Ralston Avenue, Belmo[nt]

SEE: (Sunnyvale CA., June, 1999 Hotel, Motel, Holiday Inn Terror) (SEE: 10/25/05 Terror 76 Gas Station, Oakland, CA)

Call: San Mateo County Private Defender Program: Case #: SF355121411 Attorney, Connie O'Brien (650) 363-3930, for: "Belmont Police Incident Report No.: ____ 12/26/07"

⑧ California, Walgreens Store Parking Lot.

SEE: Walgreens Store Parking Lot Video Surveillance Security Tapes/CD-Roms, and/or, Radio Shack Store Parking Lot Video Surveillance Security Tapes/CD-Roms, SHARED, Parking Lot, of, Walgreens, and, Radio Shack, December 26, 2007, 1451 Hours (02:51 P.M.) -To- 1534 Hours (03:34 P.M.),

SEE: Belmont Police Department 911 CAD Report Print-Out, And, Audio Recorded CD-Rom/ Tape Number: _____ (Lie Detector Test, Defendant And "Falsified"- Belmont Police Incident Report No.: _____

## V. Previous Lawsuits

1. Jerome L. Grimes V. 1. Joseph Russo
   2. Radio Shack
   
   United States District Court, Northern District of California
   Civil Complaint No. C04-_____ CW

2. Jerome L. Grimes V. 1. Vi Thang Hoang
   2. Mike Huynh
   3. Mr. Wigledler
   4. Radio Shack
   
   U.S. District Court, Northern District of California
   Civil Complaint No. C03-_____ CW

3. Jerome L. Grimes V. 1. Mr. Pahlavan,
   2. Mr. Ernesto Flores,
   3. DBA. Airport Rental Car
   
   U.S. District Court, Northern District of California
   Civil Complaint No. C05-

⑨

## VI. Remedy Exhausted

A diversified group of individuals have entered these institutions with the intent to try to obtain immunity from prosecution, WHEN, not, If, they get caught, for, Their, Premeditated, Crazy, Coincidental, Cooky, Exploitive, Desparate, Dispicable, Suicidal, Terrorist Acts, against the plaintiff, against the plaintiff's, Families, Network, Prospective Investors, as well as, against, other Citizen and, Tourists. And it is a well known, Fact, that these diversified group of individuals will, NEVER, admit to a, Conspiracy.

## VII. Relief Requested

An, Court Order, for the defendants, to be, Lie Detector Tested, as an, Anti-Terrorism Measure, to ascertain their involvement in, Post-09/11/01 Terror, Pre-09/11/01 Terror, 09/11/01 Covert Terror, and the, Conspiracy, against the plaintiff, Before, and, After, March 02, 2006, Covert Terror, Using, ⑪ Eleven, Nights Of Acid Drops In mouth

⑩ While sleeping, to cause, Broken Mandibular, then, Death, during, Premeditated Sabotaged Low Mandibular Plastic Surgery / Attempted Murder Premeditated By State Actors: March 02, 2006, -To,- March 10, 2006.

(See: Civil Complaint Number: C06-2799CW

Punitive Damages: $1,200,000.00 (One-Million Two Hundred Thousand Dollars)

Damages: $100,000.00 + $665,000.00 = $765,000.00 (Seven Hundred And Sixty-Five Thousand Dollars).

And in the individual capacities of, Each, defendant: $12,500.00 (Twelve Thousand Five Hundred Dollars), Per Defendant

Dated: January 01, 2008

Jerome L. Grimes
Jerome L. Grimes
Plaintiff In Proper
And,
Director of,
Futuristic Safety First, "Children Safety and Welfare…



Jerome L. Grimes
Prisoner I.D.#: 246721
Jail #: 575413
Redwood City Jail/5 East, Cell 36
San Mateo County Jail
300 Bradford Street
Redwood City, CA. 94063
Case #: SF355121A

United States District Court
P.O. Box 36060
450 Golden Gate Avenue
San Francisco, CA. 94102

RECEIVED
JAN - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Legal Mail -
Confidential