Jerome L. Grimes
263 Vernon Street
San Francisco, CA. 94132
"Futuristic Safety First,
Children Safety And Welfare Program"
HOME BASED BUSINESS OFFICE
(415) 584-1454 (H.)    (415) 624-5892 (Bus.)

Temporary Mailing Address:
Jerome L. Grimes
Prisoner I.D.#: 246721
Jail #: 575413
Case #: SF355121A
Redwood City Jail/
San Mateo County Jail
300 Bradford Street, 5 East Cell 23
Redwood City, CA. 94063

**FILED**
JAN 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
—SF

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Jerome L. Grimes,
                Plaintiff,
vs.
1. Robert Schrafader,
   (AKA: Robert Oswald)
   (AKA: Robert Stevens)
2. Officer, Perchal, Defendant.
   (AKA: Wallace)  Et, al.,

CASE NO. C08-0162 CW (PR)

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Jerome L. Grimes, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✓ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 150.00 Per Month       Net: Semi-Volunteer
Employer: Futuristic Safety First, "Children Safety And Welfare Program"
263 Vernon Street, San Francisco, CA. 94132
HOME BASED BUSINESS OFFICE
Sole-Proprietorship, Seeking Non-Profit Status.

-1-

PRIS. APP. TO PROC. IN FORMA PAUPERIS

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____N/A_____

_____

_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment      Yes ___ No ✓

    b. Income from stocks, bonds, or royalties?      Yes ___ No ✓

    c. Rent payments?      Yes ___ No ✓

    d. Pensions, annuities, or life insurance payments?      Yes ___ No ✓

    e. Federal or State welfare payments, Social Security or other government source?      Yes ✓ No ___

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

(G.A.) General Assistance, $172.00 per month, + Food Stamps, $168.00 per month.

3. Are you married?      Yes ___ No ✓

Spouse's Full Name: _____N/A_____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.    a.    List amount you contribute to your spouse's support:$ ____N/A____

1  b.   List the persons other than your spouse who are dependent upon you for
2       support and indicate how much you contribute toward their support. (NOTE:
3       For minor children, list only their initials and ages. DO NOT INCLUDE
4       THEIR NAMES.).
5  _____ N/A _____
6  _____

7  5.   Do you own or are you buying a home?    Yes ___ No ✓
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.   Do you own an automobile? *Covertly Stolen* Yes ___ No ✓
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No ___ If so, Total due: $_____
12 Monthly Payment: $_____
13 7.   Do you have a bank account?  Yes ✓  No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: *Wachovia Bank*
15 *Pittsburg, PA.*
16 Present balance(s): $ *[Closed Temporarily] Overdrawn: ($439.00) (Four Hundred And Thirty-Nine Dollars)*
17 Do you own any cash? Yes ___ No ✓ Amount: $_____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ✓ No ___ *"Small Business Start-Up In America With An African-American Perspective Video"*
20 *"TooSweet To Beat This House Video" "Eat Fitness And Nutritional Video" "Futuristic Safety First", "Childconstruction And Welfare Program" Catalog Book Collec $45,000.00 Worth of Co-Hiership Land, In*
21 8.   What are your monthly expenses? *Homer, Louisiana, Claiborne Parish*
22 Rent: $ *300.00*   Utilities: *$50.00*
23 Food: $ *168.00*   Clothing: *$150.00*
24 Charge Accounts:
25 Name of Account        Monthly Payment        Total Owed on This Acct.
26 *N/A*                  $ _____            $ _____
27 *N/A*                  $ _____            $ _____
28 *N/A*                  $ _____            $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 3 -

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)    $21,000.⁰⁰ Past Due Amount
                                                              $40,000.⁰⁰ Total
3  San Francisco State University, Student Financial Aid Loans:
4  U.S. District Court, Northern District Of California: $5,350.⁰⁰
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?    Yes ✓  No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  Jerome L. Grimes  V.  Robert Randall (AKA: Randle)
10 U.S. Dist. Ct., Northern District Of California, Case #: C03-
11 Jerome L. Grimes  V.  BART, Bruce Turner (AKA: Schaefer)
       U.S. Dist. Ct., Northern District Of California
       I consent to prison officials withdrawing from my trust account and paying to the court
                                                        Case No.: C04-4691EDL
12 the initial partial filing fee and all installment payments required by the court.
13        I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 01/16/08                              Jerome L. Grimes
17     DATE                              SIGNATURE OF APPLICANT
                                         Jerome L. Grimes
18                                       Plaintiff, In Proper,
19                                       In Proper, Attorney,
20                                       And,
21                                       Director Of:
22                                       "Futuristic Safety First,
23                                       Children Safety And Welfare Program",
24                                                    And,
25                                                    Producer Of:
26 "Too Sweet To Beat This Small Business Start-Up Crash Course
   Video Production",
27                                                    And,
   International World Professional Boxing Championship Hopeful,
28

PRIS. APP. TO PROC. IN FORMA PAUPERIS       - 4 -

