UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
FEB 1 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

"AMENDED"

Filed
2008 FEB 19 P 5: 30
RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

Jerome L. Grimes,

    Plaintiff,

v.

1. Robert Schreader,
2. Cal Train,

    Defendants.

Civil Complaint No.

CV08-0162 CW (PR)

Under, U.S.C. 28, U.S.C. 42, "Abuse Of Authority, Leading To: <u>1464 Hours</u>/(21) Twenty-One, Days, Of, False-Unjustifiable Arrest And Continuous False Imprisonment Hardship, In Violation Of The Plaintiff's, Rights To Liberty, Constitutional Rights Guaranteed By The Sixth Amendment, Of The, U.S. Constitution, Due To An, 'Alleged'-"<u>Pre-Paid</u>"-Cal Train-Zone 2-Passenger-Commutter Fare Ticket Misunderstanding, On, <u>December 26, 2007</u>, (<u>12/26/07</u>), at approximately, <u>02:38P.M.</u>, (<u>1438 Hours</u>), <u>Onboard</u>, Cal Train #: 54, (<u>AKA</u>: #: <u>154</u>), At,

I. Jurisdiction

    This civil complaint is made under the jurisdiction of, U.S.C. 28, U.S.C. 42, "Abuse Of Authority", "Constitutional Rights Violations, Plaintiff Guaranteed To Be Free From, Pursuant To The, Sixth, And, Fourteenth Amendments Rights, U.S. Constitution", "Defamation Of character", "Intimidation", And, "Conspiracy".

II. Plaintiff

    The plaintiff resides at, 263 Vernon Street, San Francisco, California 94132, since, His, Birth, in the, Year: <u>1966</u>, and this place of residence is, His, Home Based Business Office, of, His, Sole-Proprietorship, <u>Doing Business As:</u> Too Sweet To Beat These Video Productions, since, <u>March, 1994</u>. And this place of residence is also the, Home Based Business Office, of the plaintiff's, Sole-Proprietorship, (<u>DBA</u>:) Doing

1  Business As: Futuristic Safety First, "Children
2  Safety And Welfare Program", since, February,
3  1999.
4  III. Defendants
5       The, Defendant, Robert Schreader, resides
6  in, Northern California, and is employed by,
7  Cal Train, LIABLE-Co-Defendant, Doing Business
8  In: Northern California, Headquarter, located
9  at: 1250 San Carlos Avenue, San Carlos,
10 California 94070.
11 IV. Causes Of Action
12
13      On, December 26, 2007, the day after,
14 Christmas, and, (6) Six, Days, before, New Years
15 Day, 2008, the, Defendant #1, Robert Schreader,
16 Willfully, Intentionally, Deliberately, With
17 Aforethought, Conspired, a plan to try to, Entrap,
18 the, Plaintiff, Jerome L. Grimes, into a, Criminal
19 Act, which was unsuccessful. See: Civil Complaint
20 Number: C05-3622CW. See: December 26, 2008,
21 Cal Train #: 54, Southbound, Approximately: 1438Hrs.
22 (02:38P.M.), at the, (Zone 2), Belmont, California,
23 Cal Train (Amtrak) Station, San Mateo County, Video
24 Surveillance Security Tapes/CD-ROMS, Onboard,
25 Interior, 2nd Train Car, Approximate Location,
26 Video Footages.
27      The, Defendant#1, Robert Schreader, First:
28 took the, PAID, Zone 2, VALID, Train Ticket,
   Purchased By: Plaintiff, Jerome L. Grimes, and told

Belmont-Cal Train Station Southbound Direction.", (SEE: Cal Train #54, (12/26/07) 02:38P.M./1438Hrs., Video Surveillance Security Tape CD-ROMS Footages,(AKA: Cal Train #: 154), "Defamation Of Character" "Perjury, Penal Code 811 At, January 14, 2008,- Preliminary Hearing, In, Criminal Case Number: SF355121A, Superior Ct. Of Ca., San Mateo County Redwood City Facility", "Antedating And Falsifying Criminal Incident-Complaints/Reports To Be Used In Trial Proceeding Or Inquiry-Penal Code 13 And, Penal Code 132, On, December 26, 2007, At, Belmont-Cal Train Static County Of San Mateo", "Covert Kidnapping-Penal Code 207", "Attempt To Intimidate And Dissuade The Plaintiff From Reporting The Defendant's Abus

1  Him, to get-off the, Cal Train #: 54, at, Zone 2, Of Authority, And,
2  Belmont, California, Train Station, an act that, Attempt To Dissuade The
3  would cause any, Law Abidding Citizen-Cal Train Plaintiff's, LAW ABIDDIN
4  Passenger, to be 'alarmed', when the passenger has **EFFORTS TO ASCERTAIN** THE
5  a schedule to adhere to, but the plaintiff, Did, CAL TRAIN #54, (FIFTY-
6  NOT, get upset. (SEE: Cal Train #54, Video FOUR, I.D.#), Identifica
7  Surveillance Security Tapes(CD-ROMS), 1438 Hours, tion Number, For Herein
8  (02:38P.M.), December-26, 2007.) Second: the, Grievance/Civil Abuse-
9  Defendant #1, Robert Schreader, Refused, the, Report.", "Petty Theft
10 Plaintiff, Jerome L. Grimes', Repreated Pleas, to Of The Plaintiff's, Cash
11 have, His, VALID, Purchased, Zone 2, Cal Train Purchased Cal Train-
12 Passenger Ticket, returned to, Him,(the plaintiff), 'Pre-Paid'-Passenger-
13 for the, Next, Cal Train, at:  1538 Hours(0238P.M.), Commutter Fare Ticket/
14 Belmont, California, Train Station, Yet, the Proof Of Purchase.", And
15 deliberate indifferent defendant, Refused. This, "Conspiracy".

16 Refusal, would also induce and entrap any, Law Abidding-Cal Train, Citizen,
17 Or, Tourists, to become 'alarmed', but the, Passenger/Plaintiff,
18 Jerome L. Grimes, Did, NOT, get upset or threatening. (SEE: Cal Train #: 54,
19 Video Surveillance Security Tapes(CD_ROMS), 1438 Hrs.(02:38P.M.), (12/26/07)
20 December 26, 2007.
21
22 Third: the, Defendant #1, Robert Schreader, Refused, the, Plaintiff,
23 Jerome L. Grimes', Repeated Pleas, for, His,(defendant's), Cal Train(AmTrak),
24 Employee Identification Number, and/or, the, Cal Train's, Identification
25 Number, which too, Refusal, was a, Blatant Covert Terror Intent, to, Induce,
26 and, Entrap, the plaintiff to react in an, Upset Manner, and, Threatening
27 Manner, but that too was, Unsuccessful, against the, Plaintiff,
28 Jerome L. Grimes. (SEE: Cal Train #: 54, AKA: 154, Interior, Onboard, Video
   Surveillance Security Tapes/CD-ROMS, 1438 Hrs./02:38P.M., December 26, 2007,
   At: ~~Belmont Cal Train Station.~~)

1  So, the, Defendant, Robert Schreader, told the plaintiff, to get-off
2  of the train(Caltrain #54; AKA: #154), and the, Plaintiff, Jerome L. Grimes,
3  Exited, the train through the, Front Door/(Caltrian Car's Door), on, Video
4  Surveillance Security Tape/CD-ROM, to ontain the, Caltrain's Identification
5  Number, located at the, Front Of The Caltrain Conductor's Compartment, which
6  was then identified as:  #:54, which, COINCIDENTALLY, is the last, (2) Two,
7  Numbers Of The Plaintiff's, Home Telephone Number: (415) 584-1454(H.).
8  Defendant, Robert Schreader, tried to, Intimidate, and, Dissuade, the
9  plaintiff, from, 'Ascertaining', that particular, Caltrain Car's Identifica-
10 tion Number, by, calling the, San Mateo Sheriff's Department/ by, Threatenin
11 To Cal  The Police, before the plaintiff walked to the, Front Of The Cal-
12 train Cars To Get Off The Train/(Exit), and, Obtain, Number: 54, as the,
13 Identification Number, of that particular, Southbound, 1428 Hours, 02:38P.M
14 Caltrain, Belmont, California, Passenger/Commutter Train.(AKA:  #154).
15 SEE:  Caltrain #:54, Video & Audio/Audex Surveillance Security Tapes/CD-ROMS,
16       1438 Hours/02:38P.M, (12/26/08), December 26, 2007.)
17 The, Defendant, Robert Schreader, 'in-other-words, "Failed To Disengag
18 The Enroute Sheriff Officers, After, He,(Defendant), Hastily, Emotionally,
19 Irrationally, and, Illogically, CALLED, the, San Mateo County Sheriff's
20 Department, because, I,(Plaintiff), In Pro Per, did not jump-off of the
21 train, Immediately, which means I could hurt myself running on the,
22 Belmont Caltrain Station Platform, in an attempt to get upto the, Front-Of-
23 The-Train, to, OBTAIN, said, Caltrain Identification Number: 54 (AKA: 154)
24 __which, He, COINCIDENTALLY, Illegally Refused To Give, Me, During, My,
25 __Repeated Pleas, which, Covertly, Induced, and, Entrapped, Me, to, Do,
26 what every, Law Abiding, Caltrain Passenger/Paying Customer, would do to
27 obtain, said, Caltrain's Identification Number, which, His, Unjustifiable,
28 911 Emergency Telephone Dispatch Call, was a, Direct, Attempt, to, TRY,

1  And, INTIMIDATE/DISSUADE, Me,,(the plaintiff), from, Obtaining; "Live And
2  Caught On Video Footage And Audex Recording.".
3    This above mentioned, State, and/or, Federal Law Causes Of Action,
4  caused this herein, False, San Mateo County Sheriff's Department Police
5  Incident Report Number: <u>007830034</u>, and the, Resulting, <u>1464</u> Hours (One
6  Thousand And Sixty-Four Hours) Continuous False Imprisonment Hardship, for
7  a threat crime the, Defendant, Robert Schreader, knew I, the plaintiff, was
8  is, Innocent Of, just, (5) Five, Days, before, <u>New Years Day, 2008</u>, and,
9  just, (1) One, Day, after, <u>Christmas Day, 2007</u>, which is the, 'cold blooded
10 modus operandi, of the, Post-09/11/01, covert terror network'.
11 <u>SEE</u>: Above mentioned, Video Surveillance Security Footages, mentioned above.)
12 SEE: <u>Jerome L. Grimes   v.   Mr. Pahlavan, et., al.,</u>
13    U.S. District Court, Northern District Of California, Case No.: <u>C06-   CV</u>
14 V.  Previous Lawsuits
15 1. <u>Jerome L. Grimes   v.   Bruce G. Turner, et., al.,</u>
16    U.S. District Court, Northern District Of California,
17    Civil Complaint No.: <u>C04-4691EDL</u>
18 VI.  Remedy Exhausted
19    The, Defendant, Robert Schreader, under the color of authority as a,
20 Caltrain's Employee, Committed Perjury, at the, <u>January 14, 2008</u>, Criminal
21 Preliminary Hearing Examination, Department #: <u>12</u>, Superior Court Of Calif
22 Redwood City Facility, County Of San Mateo, Case No.: <u>SF355121A</u>, which is,
23 Proof, that, He, will, NEVER, admit to a, Conspiracy/Abuse Of Authority.
24 VII.  Relief Requested
25    An order for the, Defendant, Robert Schreader, to be fired, from,
26 His, employment as a, Caltrain Agent, in memory of the, <u>March 11, 2004</u>,
27 Madrid, Spain, Covert Terror Victims.
28 Punitive Damages:  $1,000,000.00 ( One Million Dollars)
   Damages:  $50,000.00 (Fifty Thousand Dollars)

And in the, Defendant, Robert Schreader's, Individual Capacity: $4,200.00 (Four Thousand Two Hundred Dollars), which equals, $100.00 (One Hundred Dollars), Per Day, pursuant to the, State Of California's Constitutional Rights, Article 1, Section 15, and, Title 15, of the, State Of California Department Of Corrections, Rules And Regulations Handbook

Sum Total:  Twice The Amount, of, $2,100.00, = 21 Days x $100.00,
(Twenty-One Hundred Dollars)
or,
(Two Thousand One Hundred Dollars)
times (x) twice the amount

$4,200.00

Dated: January 24, 2008

*Jerome L. Grimes*
Jerome L. Grimes
Plaintiff, In Pro Per
And,
Director Of:
Futuristic Safety First,
"Children Safety And Welfare Program"
(1977-02/10/84)      (07/27/81)
(10/31/85:Holloween 1985)

(6 of 6)