IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES,<br><br>      Plaintiff,<br>  v.<br><br>ROBERT SCHREADER, et al.,<br><br>      Defendants.                  / | No. C 08-00162 CW (PR)<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

    Plaintiff, a state prisoner, filed the present <u>pro se</u> prisoner complaint under 42 U.S.C. § 1983. On the same day the action was filed the Clerk of the Court sent a notice to Plaintiff, informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's <u>in forma pauperis</u> application. The Clerk sent Plaintiff a blank <u>in forma pauperis</u> application and told him that he must pay the fee or return the completed application within thirty days or his action would be dismissed.

    Plaintiff filed a completed <u>in forma pauperis</u> application; however, he did not file copies of his certificate of funds and prisoner trust account statement. More than thirty days have passed and Plaintiff has not submitted a signed certificate of funds or prisoner trust account statement.

    Accordingly, this action is DISMISSED WITHOUT PREJUDICE. Plaintiff's <u>in forma pauperis</u> application is DENIED as incomplete. The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 3/10/08

*[signature]*
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\CW\CR.08\Grimes0162.DisIFP.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JEROME L. GRIMES,

        Plaintiff,

v.

ROBERT SCHREADER et al,

        Defendant.

Case Number: CV08-00162 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome L. Grimes
263 Vernon Street
San Francisco, CA 94132

Dated: March 10, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk