IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES, | No. C-08-1241 MMC |
| Plaintiff, | |
| v. | **ORDER OF REFERRAL** |
| ROBERT SCHREADER, et al., | |
| Defendants. | |
| _____ / | |

    The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Claudia Wilken for consideration of whether the case is related to <u>Jerome L. Grimes v. Robert Schreader, et al.</u>, C-08-0162 CW, and <u>In re cases filed by Jerome L. Grimes</u>, C-05-80244 MISC CW.

    **IT IS SO ORDERED.**

Dated: June 5, 2008

                                                 MAXINE M. CHESNEY
                                                 United States District Judge