UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Amended* RELATED CASE ORDER

FILED
JUN 11 2008

A *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earlier filed cases below that bear my initials, I find that the more recently filed case that I have initialed below is related to the cases assigned to me, and such case shall be reassigned to me. .

C 08-80244 MISC CW     In re cases filed by Jerome L. Grimes

C 08-00162 CW     Grimes v. Schreader et al


C 08-01241 MMC     Grimes v. Schreader et al

I find that the above case is related to the cases assigned to me. *CW*

ORDER

    Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge ("CW") immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: JUN 11 2008

Judge Claudia Wilken

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

Richard W. Wieking, Clerk

DATED: 6/13/08

By: _____
Deputy Clerk

Copies to:  Courtroom Deputies
            Case Systems Administrators
            Counsel of Record
Entered into Assignment Program: _____ (date)